Case 2:24-cv-00139   Document 8   Filed on 08/20/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JARRED PENNAVARIA, | § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 2:24-CV-00139 |
| NABORS DRILLING TECHNOLOGIES USA, INC., | | |
| Defendant. | | |

### ORDER

Before the Court is Plaintiff's notice of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.E. 7). Plaintiff's notice of dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to the Plaintiff's notice of dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
August 20, 2024